IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Toland, Mary K | Case Number: 07 B 03490 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | Filed: 2/28/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: March 20, 2008
Confirmed: May 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,750.00 | |
| Secured: | | 547.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 202.50 |
| Other Funds: | | 0.00 |
| Totals: | 3,750.00 | 3,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Philip A. Igoe | Administrative | 3,000.00 | 3,000.00 |
| 2. | Deutsche Bank National Trustee | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,267.74 | 0.00 |
| 4. | Deutsche Bank National Trustee | Secured | 20,992.52 | 547.50 |
| 5. | Nicor Gas | Unsecured | 99.24 | 0.00 |
| 6. | Capital One | Unsecured | 85.86 | 0.00 |
| 7. | T Mobile USA | Unsecured | 29.50 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 66.82 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 1,520.59 | 0.00 |
| 10. | Ashack & Daudish PC | Unsecured | | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | Harris & Harris | Unsecured | | No Claim Filed |
| 13. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| | | | $ 27,062.27 | $ 3,547.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 202.50 |
| | $ 202.50 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Toland, Mary K

Printed:  5/6/08

Case Number:  07 B 03490
Judge:  Wedoff, Eugene R
Filed:  2/28/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

